# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| Kelli Read, | : |
| | : Civil Action No.: 2:15-cv-00018-JRG |
| Plaintiff, | : |
| v. | : |
| Edward Sloan and Associates, | : |
| | : |
| Defendant. | : |

## ORDER GRANTING STIPULATION OF DISMISSAL

    Before the Court is the Parties' Stipulation of Dismissal (Dkt. No. 17). Having considered the same, the Court hereby finds that such stipulation is well-taken, and the above-captioned case is hereby DISMISSED WITH PREJUDICE. Each party shall bear their own costs and expenses. Any other motions or other pending matters herein are DISMISSED AS MOOT. The Clerk of the Court is hereby ORDERED to close the case.

    **So ORDERED and SIGNED this 4th day of March, 2016.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE